IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN DANIEL CROSBY,

        Petitioner,

v.                                    Case No. 5D16-4262

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed March 24, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

John Daniel Crosby, Lawtey, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and Kaylee Tatman,
Assistant Attorney General, Daytona
Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 14, 2016, judgments and sentences in Case Nos. 2014-CF-2028, 2015-CF-38, 2015-CF-39, 2015-CF-59, 2015-CF-60, 2015-CF-61, 2015-CF-78, 2015-CF-79, 2015-CF-80, 2015-CF-81, and 2015-CF-82, in the Circuit Court in and for Hernando County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

       PETITION GRANTED.

SAWAYA and PALMER, JJ., and JACOBUS, B.W., Senior Judge, concur.